# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MITCHELL PAUL COOK

NO. 2023 KW 0836

**OCTOBER 23, 2023**

---

In Re:   Mitchell Paul Cook, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 1880-M-2021, 1879-F-2021.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT GRANTED** for the sole purpose of transferring the writ application, which includes the pleading, to the district court for enforcement of its June 7, 2023 order in which it granted relator's "Motion for Transcripts," if it has not done so already.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT